```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA


ZURICH AMERICAN INSURANCE COMPANY, )    3:09-CV-00433-ECR-RAM
a New York corporation,            )
                                   )    MINUTES OF THE COURT
     Plaintiff,                    )
                                   )
vs.                                )    DATE: December 23, 2010
                                   )
SILVER SAGE INSURANCE BROKERS,     )
LTD., a Nevada corporation,        )
JOHN STOKER, individually, and     )
as President of Silver Sage        )
Insurance Brokers, Ltd., and       )
JOAN PAGE, individually,           )
                                   )
          Defendants.              )
                                   )
_____)


PRESENT:     EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

On October 22, 2010, Plaintiff filed a Motion for Summary Judgment (#33) against Defendants Silver Sage Insurance Brokers, Ltd. ("Silver Sage") and John Stoker, as to certain counts of the complaint. Defendants did not respond within the time required by the Rules of Court. Therefore, we entered an Order (#34), which gave the said Defendants fourteen (14) days to respond to the Motion (#33) and we warned Defendants that if they did not do so, the Motion (#33), which appears to be well taken, will be granted. Defendants have failed to comply with our Order (#34) and have not responded to the Motion for Summary Judgment (#33).

**IT IS, THEREFORE, HEREBY ORDERED** Plaintiff's Motion for Summary Judgment (#33) is **GRANTED** as to the following claims in the complaint: the Fourth Claim, Respondeat Superior, against Silver Sage; the Fifth Claim, Unjust Enrichment, against Silver Sage and John Stoker; the Seventh Claim, Indemnity

and Contribution, against Silver Sage and John Stoker; and the Eighth Claim, Equitable Subrogation, against Silver Sage and John Stoker.

    Judgment may not be entered in this action until all claims as to all parties have been disposed of.

                                          LANCE S. WILSON, CLERK
                                          By         /s/
                                                   Deputy Clerk